■ WALBERN PRESS, INC., Respondent, v ASA CAPITAL VECTORS, INC., Appellant. [628 NYS2d 1016] —Order, Supreme Court, New York County (Herman Cahn, J.), entered January 24, 1995, unanimously affirmed for the reasons stated by Cahn, J., without costs and disbursements. Concur—Murphy, P. J., Ellerin, Wallach, Rubin and Tom, JJ.